Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

KAREL SPIKES,

Plaintiff,

vs

BODY BEAUTIFUL CAR WASH, INC; GETTY CA LEASING, INC. and DOES 1 THROUGH 10, Inclusive,,

Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No.

'07 CV 2027 JLS (LSP)

TO: (Name and Address of Defendant)

Body Beautiful Car Wash, Inc.
Agent: Garrison Armstrong
401 West A Street, Ste. 1680
San Diego, CA 92101

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Amy B. Vandeveld, Esq.
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue
San Diego, CA 92101
(619) 231-8883

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

OCT 19 2007
DATE

J. PARIS

By , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11 34am)

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 11/19/2007 |
|---|---|
| NAME OF SERVER *(PRINT)* CARRIE FOULK | TITLE REGISTERED CALIFORNIA PROCESS SERVER, # 1230 |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
BODY BEAUTIFUL CAR WASH, BY SERVING AGENT FOR SERVICE GARRISON ARMSTRONG, 655 W. BROADWAY, STE 1600 SAN DIEGO, CA 92101

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $50.00 | $50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/19/2007
Date

Carrie Foulk
*Signature of Server*

P.O. BOX 1794 EL CAJON, CA 92022
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.