**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

SPIKES v. BODY BEAUTIFUL CAR WASH No. 07-2027-JLS(LSP)

HON. LEO S. PAPAS CT. DEPUTY J. JARABEK Rptr. ____________

Attorneys

| Plaintiffs | Defendants |
| --- | --- |
| | |
| | |
| | |

Case settled. Plaintiff's/Defendant's counsel to submit papers within 30 days.

A Settlement Disposition Conference will be held in this case on March 25, 2008 at 4:00 p.m., in the chambers of Magistrate Papas unless a signed stipulation for dismissal of this case is filed and a copy of the signed stipulation is provided to the chambers of Magistrate Judge Papas, prior to that time. If a copy of a signed stipulation of dismissal cannot be provided to the chambers of Magistrate Judge Papas on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Papas at least one court day before the date indicated above, to explain the reasons therefor. Monetary sanctions shall be imposed for failure to comply with this order.

The Settlement Conference set for February 25, 2008 at 9:00 a.m. is vacated.

DATED: February 25, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge