Amy B. Vandeveld, SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue, Suite 22
San Diego, California 92101
Telephone: (619) 231-8883
Facsimile: (619) 231-8329

Attorney for KAREL SPIKES

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>Plaintiff,<br><br>vs.<br><br>BODY BEAUTIFUL CAR WASH, INC; GETTY CA LEASING, INC. and DOES 1 THROUGH 10, Inclusive,,<br><br>Defendants. | Case No.: 07 cv 2027 JLS (LSP)<br><br>**JOINT MOTION FOR DISMISSAL**<br><br>[F.R.Civ.P. Rule 41 (a)(1), (2)] |

**IT IS HEREBY STIPULATED** by and between KAREL SPIKES, Plaintiff, on the one hand, and BODY BEAUTIFUL CAR WASH, INC., Defendant, on the other hand, (hereinafter "the Parties") through their respective attorneys of record that said Parties have agreed to resolve the case between them by way of settlement. Defendant GETTY CA LEASING, INC. never appeared in the instant action.

The Parties further stipulate that Magistrate Judge Leo S. Papas, or any other Magistrate Judge appointed by the Court, shall retain jurisdiction over all disputes between the Parties arising out of the Settlement Agreement including, but not

limited to, interpretation and enforcement of the terms of the Settlement Agreement. The terms of the Settlement Agreement are hereby incorporated in this Joint Motion for Dismissal.

The Parties further stipulate, pursuant to Federal Rules of Civil Procedure 41(a) (1,2), that this Court enter a dismissal of Plaintiff's Complaint in USDC Case No. 07 cv 2027 JLS (LSP) in its entirety and with prejudice. The Parties further stipulate that each shall bear its, his or her own costs and fees with respect to any claims they may have against each other in the instant action, except as otherwise set forth in the Settlement Agreement.

**IT IS SO STIPULATED.**

LAW OFFICES OF AMY B. VANDEVELD

DATED: ______________

S/Amy B. Vandeveld
AMY B. VANDEVELD,
Attorney for Plaintiff
E-mail: abvusdc@hotmail.com

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS, LLP

DATED: ______________

By: ______________________________
AMY WINTERSHEIMER FINDLEY, Esq.
Attorney for Defendant
BODY BEAUTIFUL CAR WASH, INC.

limited to, interpretation and enforcement of the terms of the Settlement Agreement.

The Parties further stipulate, pursuant to Federal Rules of Civil Procedure 41(a) (1,2), that this Court enter a dismissal of Plaintiff's Complaint in USDC Case No. 07 CV 2027 JLS (LSP) in its entirety and with prejudice. The Parties further stipulate that each shall bear its, his or her own costs and fees with respect to any claims they may have against each other in the instant action, except as otherwise set forth in the Settlement Agreement.

**IT IS SO STIPULATED.**

LAW OFFICES OF AMY B. VANDEVELD

DATED: ______________

S/Amy B. Vandeveld
AMY B. VANDEVELD,
Attorney for Plaintiff
E-mail: abvusdc@hotmail.com

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS

DATED: March 18, 2008

By: Amy Wintersheimer Findley
AMY WINTERSHEIMER FINDLEY, ESQ.
Attorney for Defendants