**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

SPIKES v. BODY BEAUTIFUL CAR WASH No. 07-2027-JLS(LSP)

HON. LEO S. PAPAS CT. DEPUTY J. JARABEK Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| | |
| | |
| | |

The Settlement Disposition Conference set for March 25, 2008 at 4:00 p.m. is vacated. Dismissal received.

DATED: March 24, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge